# SUPREME COURT OF HAWAI'I

Travelocity.com, L.P. v. Director of
  Taxation . . . . . . . . . . . . . . . . . . . . . . SCAP–13–    04/02/2015   Denied       135 Hawai'i 88, 346
                                   0002896                                    P.3d 157